UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNETTE ILENE JACKSON,

      Plaintiff,

Case No. 11-cv-14672
v.                                           HON. GERSHWIN A. DRAIN

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## **JUDGMENT**

      It is ordered and adjudged that pursuant to this Court's Order dated March 19, 2013, judgment is hereby entered in favor of Defendant and against Plaintiff.

      Dated at Detroit, Michigan this 19th day of March, 2013.

DAVID J. WEAVER
CLERK OF THE COURT

BY: Tanya R Bankston_____